■ In the Matter of BARBARA HAROCHE, Appellant-Respondent, v. GILBERT D. HAROCHE, Respondent-Appellant.— In a support proceeding in which petitioner wife brought an application for relief because of alleged violation by the husband of a prior support order of the Family Court, Westchester County, the parties cross-appeal from an order of said court, dated July 2, 1971, which, *inter alia,* directed the husband to make payment on account of orthodonture for the parties' child and for the wife's counsel fees and denied the application as to certain claims. Order modified, on the law, by striking so much of the second ordering paragraph as directs the husband to pay $150 in connection with the testimony of Dr. Arthur Ash. As so modified, order affirmed, without costs. We note in passing that the evidentiary problem encountered as to the necessity for and reasonable value of most of the medical and dental expenses for which claim was made might have been avoided by the use of CPLR 4533-a, which became available in all civil actions as of September 1, 1970. The notice to admit sought the husband's admission of the necessity for and reasonableness of the dental treatment furnished by Dr. Ash. These issues were matters of expert opinion, not of fact, and were at the heart of the dispute between the parties. Accordingly, they were not a proper part of a request for admissions under CPLR 3123. Hopkins, Acting P. J., Shapiro, Gulotta, Christ and Brennan, JJ., concur.

■ In the Matter of the INCORPORATED VILLAGE OF BABYLON, Respondent, Relative to Acquiring Title to Real Property for Public Parking on Carll Avenue. RALPH H. HONSBERGER, Appellant.— In a condemnation proceeding, the claimant appeals from a final decree of the Supreme Court, Suffolk County, dated May 28, 1970, which awarded him $33,155 with interest at 4% from the date of vesting, October 11, 1967, up to and including July 25, 1969, and thereafter at the rate of 6%. By a prior decision on this appeal, the case was remitted to the Special Term for rendition of a statement indicating the rationale and factual basis of its decision and the appeal was ordered held in abeyance in the interim (*Matter of Inc. Vil. of Babylon* [*Honsberger*], 36 A D 2d 768). Such statement has since been made. Final decree modified, on the law, by increasing the rate of interest awarded from 4% to 6% from the date of vesting. As so modified, final decree affirmed, with costs and disbursements to the Village of Babylon (*Matter of City of New York* [*Manhattan Civic Center Area*], 27 N Y 2d 518; *Dormitory Auth. of State of N. Y.* v. *Simon,* 37 A D 2d 852). Hopkins, Acting P. J., Munder, Martuscello, Latham and Christ, JJ., concur.